**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br>　　Plaintiff,<br>　　vs.<br>**BENJAMIN GARCIA d/b/a WILLIAMS POOL HALL,**<br>　　Defendant. | Case No.: 11-CV-05429 YGR<br><br>**FINAL DEFAULT JUDGMENT** |

　　The Court granted Plaintiff's Motion for Entry of Default Judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of Plaintiff J & J Sports Productions, Inc. and against Defendant Benjamin Garcia, individually and d/b/a Williams Pool Hall, on Counts II and III of the Complaint for violation of 47 U.S.C. § 553 and conversion in the amount of **$4,400.00**, consisting of $2,200 in statutory damages and $2,200 for conversion damages.

　　Counts I and IV of the Complaint for violations of 47 U.S.C. § 605 and California Business and Professions Code § 17200 are **DISMISSED WITH PREJUDICE**.

　　**IT IS SO ORDERED**.

Date: October 1, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**